Submitted February 24, affirmed March 18, 2020

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

MICHAEL DAVID PHILLIPS, SR.,
*Defendant-Appellant.*

Washington County Circuit Court
18CR18793, 18CR25663;
A168626 (Control), A168627

459 P3d 964

Janelle F. Wipper, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Daniel C. Bennett, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Peenesh Shah, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Shorr, Judge, and James, Judge.

PER CURIAM

Affirmed. *State v. Cunningham*, 299 Or App 523, 451 P3d 268 (2019).